UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　　Plaintiff,<br><br>　　　　　v.<br><br><br><br>Christian Anthony MEZA,<br>Edgar David IBARRA-Mancilla,<br><br><br><br><br>　　　　　　　Defendants. | Magistrate Docket No. '21 MJ04084<br><br><u>COMPLAINT FOR VIOLATION OF:</u><br>Title 8, USC 1324(a)(1)(A)(ii)<br>Transportation of Illegal Aliens<br><br>Title 8, USC 1324(a)(2)(B)(iii) Bringing In<br>Illegal Aliens Without Presentation |

　　The undersigned complainant being, duly sworn, states:

### COUNT ONE

On or about October 9, 2021, within the Southern District of California, defendant Christian Anthony MEZA with the intent to violate the immigration laws of the United States, knowing or in reckless disregard of the fact that certain aliens, namely, Marcelo ALVAREZ-Martinez, Jesus PENALOZA-Pineda and Cornelio RUIZ-Herrera, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

## COUNT TWO

On or about October 9, 2021, within the Southern District of California, defendant Edgar David IBARRA-Mancilla, knowingly or in reckless disregard of the fact that certain aliens, namely, Marcelo ALVAREZ-Martinez, Jesus PENALOZA-Pineda and Cornelio RUIZ-Herrera, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Anthony Martinez
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON OCTOBER 12, 2021.

_____*William V. Gallo*_____
HON. WILLIAM V. GALLO
United States Magistrate Judge

CONTINUATION OF COMPLAINT:
Christian Anthony MEZA

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

The complainant states that Marcelo ALVAREZ-Martinez, Jesus PENALOZA-Pineda and Cornelio RUIZ-Herrera, are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On October 9, 2021, Border Patrol Agents A. Feldenzer, M. Munoz and A. Martin were conducting their assigned duties in the Brown Field Border Patrol Station's area of responsibility. Agents Feldenzer, Munoz and Martin, were wearing their full rough duty uniform with all insignias visible. At approximately 11:15 AM, Supervisory Border Patrol Agent R. Chavez was driving east on the Otay Truck Trail and stopped at an intersection with a road known to Border Patrol agents as "Ridge Road." This road has many rutted areas, and it is almost impassable for low profile vehicles. At this intersection, Agent Chavez observed a gray Dodge Charger driving west and pass his location at a high rate of speed. Agent Chavez observed five individuals, the driver waved, but the other four individuals were sitting rigid and did not look towards Agent Chavez's direction. Agent Chavez turned around and drove west to further investigate, when he observed the Dodge Charger now driving east. Agent Chavez turned around and began to follow the Dodge Charger, which was still driving at a high rate of speed for the area. As they both turned north on Marron Valley Road, Agent Chavez requested assistance from other agents.

As they approached the Marron Valley Road and State Route 94 (SR-94) intersection, the Dodge Charger turned east, but quickly made a U-turn and started to drive west on SR-94. At this time, Agent Chavez attempted to conduct a vehicle stop, but the driver failed to yield. Agent Chavez notified agents that the Dodge Charger was driving erratically through the curves, driving into oncoming traffic lanes and was passing vehicles on blind curves. Due to the high rate of speed and the many curves, Agent Chavez lost sight of the Dodge Charger. At approximately 11:29 AM, Department of Defense personnel, who were operating a Mobile Surveillance Capabilities scope, notified Agent Chavez that the Dodge Charger had pulled over in an area known to Border Patrol agents as the "Gasoline Curves." The scope operator notified agents that approximately six individuals ran out from the Dodge Charger and down towards an embankment. The scope operator notified agents that the Dodge Charger kept driving west on SR-94.

CONTINUATION OF COMPLAINT:
Christian Anthony MEZA

At approximately 11:30 AM, Agent Feldenzer observed the Dodge Charger approach his location and stop in the middle of SR-94 in an area known to Border Patrol agents as the "Pink Gate." The Dodge Charger then made a U-turn and continued to drive east on SR-94. Agent Feldenzer attempted to catch up and conduct a vehicle stop. The Dodge Charger kept driving at high rates of speed and passing vehicles dangerously across double yellow lines along SR-94. At this time, Air and Marine Operations air support arrived and had visual on the Dodge Charger driving east on SR-94. At approximately 11:34 AM, Supervisory Border Patrol Agent E. Guerrero notified all agents involved in the pursuit to terminate and disengage. During this time, Agents Munoz and Martin, along with Border Patrol Agent J. Arrellano, responded to the last location where the six individuals had run into the embankment. After a brief search, Agent Munoz was able to encounter five of the six individuals walking north. This area is approximately two miles west of the Tecate, California Port of Entry, and approximately 1.4 miles north of the United States/Mexico International Boundary. Agent Munoz identified himself as a Border Patrol agent and conducted an immigration inspection. All five individuals, including one later identified as the defendant, Edgar David IBARRA-Mancilla, and material witnesses, Marcelo ALVAREZ-Martinez, Jesus PENALOZA-Pineda and Cornelio RUIZ-Herrera, stated that they are citizens of Mexico without any immigration documents allowing them to enter or remain in the United States legally. At approximately 11:45 AM, Agent Munoz placed all five individuals, including IBARRA, ALVAREZ, PENALOZA and RUIZ, under arrest.

As air support continued to survey the Dodge Charger, Border Patrol Agent M. Deponte, who was assigned to the Tactical Operations Center, notified agents of a seismic intrusion device activating near an area known to Border Patrol agents as "South Grapevine." Air support notified agents that it was the same area it had last seen the Dodge Charger. Agent Feldenzer parked at the intersection of South Grapevine and SR-94. As the Dodge Charger approached Agent Feldenzer's location, he stopped the vechicle and put his hands up. At approximately 11:47 AM, Agent Feldenzer placed the driver, later identified as Christian Anthony MEZA, under arrest. At approximately 1:00 PM, Agent Martin encountered and arrested the sixth individual, who earlier got out of the Dodge Charger at the Gasoline Curves.

The defendant, MEZA, was read his Miranda Rights. MEZA stated that he understood his rights, and was willing to talk without an attorney present. MEZA stated that the vehicle used in today's event was owned by him. MEZA stated that he did not know anything when asked about today's event. He later decided to have a lawyer present and stopped talking.

CONTINUATION OF COMPLAINT:
Christian Anthony MEZA

Material witnesses, ALVAREZ, PENALOZA and RUIZ, admitted to being citizens of Mexico illegally present in the United States, and not having any documents that would allow them to enter or remain in the United States legally. ALVAREZ, PENALOZA and RUIZ admitted to making smuggling arrangements into the United States, and were going to pay between $8,000 and $9,500 USD. ALVAREZ stated that he was picked up by a gray Charger and that the foot guide knew what car they would get into. ALVAREZ stated that the foot guide told them, "Let's go, the car is here." ALVAREZ stated that everyone in the vehicle was telling the driver to stop, but he refused and kept driving erratically. ALVAREZ feared for his life, until they were able to get out. PENALOZA stated that he crossed with a foot guide and was seated in the middle rear passenger seat of the Charger. PENALOZA stated that once they heard sirens, he told the driver to stop, but he kept going faster and weaving in and out of oncoming traffic. PENALOZA stated that he feared for his and everyone else's life. RUIZ stated that the foot guide, which he knew as "David," told them they were going to walk for five hours. RUIZ stated that they waited amongst some bushes, until a dark colored Dodge Charger stopped at their location. RUIZ stated that David instructed them to get into the Charger. RUIZ stated that once Border Patrol agents attempted to stop the vehicle, the driver began to drive fast and refused to stop. RUIZ stated the driver was driving erratically and passing vehicles on the wrong side of the road. RUIZ stated that everyone started yelling to stop, but the driver refused and said that he would rather kill everyone instead of stopping. ALVAREZ, PENALOZA and RUIZ were shown a photographic line-up. ALVAREZ, PENALOZA and RUIZ was able to identify MEZA as the driver of the vehicle in today's event. ALVAREZ and RUIZ were able to identify IBARRA as the foot guide for this event.

**Executed on October 10, 2021 at 10:00 AM.**

Jon D. Bowen
Border Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of three pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on October 9, 2021, in violation of 8 USC 1324(a)(1)(A)(ii).

HON. WILLIAM V. GALLO
United States Magistrate Judge

**10:26, Oct 10, 2021**
Date/Time